# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | | |
|---|---|---|
| LANCE E. SPEAKE, | ) | |
|     Plaintiff, | ) | |
| | ) | 2:11-cv-01653-GMN-PAL |
| vs. | ) | |
| | ) | **ORDER** |
| HIGH DESERT STATE PRISON, *et al.*, | ) | |
|     Defendants. | ) | |

Plaintiff has submitted a civil rights complaint pursuant to 42 U.S.C. § 1983 and an application to proceed *in forma pauperis*.

Plaintiff's application to proceed *in forma pauperis* (ECF No. 1) is incomplete. Both a financial certificate properly executed by an appropriate institutional officer and a statement of the plaintiff's inmate trust fund account for the past six months are required by 28 U.S.C. § 1915(a)(2) and Local Rule LSR 1-2. Plaintiff did not attach a statement of his inmate trust fund account for the six months prior to the filing of his application to proceed *in forma pauperis*. Both an executed financial certificate and an inmate account statement are required.

Plaintiff will be granted the opportunity to do one of the following: (1) pay the full filing fee of

$350.00, or (2) file a fully completed application to proceed *in forma pauperis*.

**IT IS THEREFORE ORDERED** that plaintiff's application to proceed *in forma pauperis* (ECF No. 1) is **DENIED**, without prejudice to his filing a new, fully completed application.

**IT IS FURTHER ORDERED** that plaintiff shall, within **thirty (30) days** from the date of entry of this order, do one of the following: (1) pay the full filing fee of $350.00, or (2) file a fully completed application to proceed *in forma pauperis,* on the correct form, including a financial certificate signed by an authorized prison or jail officer and a statement of his inmate trust fund account for the six months prior to the filing of his application.

**IT IS FURTHER ORDERED** that if plaintiff does not timely comply with this order, dismissal of this action may result.

**IT IS FURTHER ORDERED** that the clerk shall **SEND** plaintiff the approved form for an application to proceed *in forma pauperis* and instructions for the same.

**IT IS FURTHER ORDERED** that the clerk shall retain the civil rights complaint, but shall not file it at this time.

Dated this 17th day of November, 2011.

_____
UNITED STATES MAGISTRATE JUDGE