UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| LANCE E. SPEAKE,<br><br>    Plaintiff,<br><br>vs.<br><br>HIGH DESERT STATE PRISON, *et al.*,<br><br>    Defendants. | 2:11-cv-01653-GMN-PAL<br><br>**ORDER** |

Plaintiff has submitted a civil rights complaint pursuant to 42 U.S.C. § 1983 and an application to proceed *in forma pauperis*. (ECF No. 1.) On November 17, 2011, the court denied plaintiff's application to proceed *in forma pauperis* without prejudice and required plaintiff to either pay the $350.00 filing fee or file a new, fully completed application to proceed *in forma pauperis* within 30 days. (ECF No. 4.) Plaintiff moves for an extension of time to comply with the court's order. (ECF No. 6.) Good cause appearing, plaintiff's motion is **GRANTED.** Plaintiff is granted to and including February 20, 2012, in which to either pay the $350.00 filing fee or file a new, fully completed application to proceed *in forma pauperis*.

Dated this 30th day of December, 2011.

                                                    UNITED STATES MAGISTRATE JUDGE