UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| LANCE E. SPEAKE,<br>　　#1032778 | )<br>)<br>) |
| 　　　Plaintiff, | ) 　2:11-cv-01653-GMN-PAL |
| vs. | )<br>) 　**ORDER** |
| HIGH DESERT STATE PRISON, *et al.*, | )<br>) |
| 　　　Defendants. | ) |

　　　This is a *pro se* civil rights complaint filed by a prisoner pursuant to 42 U.S.C. § 1983. The complaint was screened, and the case was stayed for the purposes of settlement discussions (ECF #15). After defendants filed a status report on September 7, 2012 indicating that the parties had not reached a settlement agreement (ECF #17), the court adjudicated the application to proceed *in forma pauperis* and directed that the complaint be served (ECF #18). Defendants filed their answer on November 13, 2012 (ECF #26).

　　　On September 18, 2012, plaintiff filed a motion to file an amended complaint (ECF #19). However, Local Rule 15-1(a) provides that "the moving party shall attach the proposed amended pleading to any motion to amend." Plaintiff has failed to attach his proposed amended complaint to his motion. Accordingly, his motion is denied without prejudice.

　　　**IT IS THEREFORE ORDERED** that plaintiff's motion to file an amended complaint (ECF #19) is **DENIED** without prejudice.

　　　**DATED** this 8th day of January, 2013.

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　Gloria M. Navarro
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge