UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| LANCE E. SPEAKE,<br><br>                              Plaintiff,<br>v.<br><br>HIGH DESERT STATE PRISON, et al.,<br><br>                              Defendants. | Case No. 2:11-cv-01653-GMN-PAL<br><br>**ORDER**<br><br>(Mtn for Inmate Assistance – Dkt. #39) |

This matter is before the court on Plaintiff Lance E. Speake's Motion for Inmate Assistance to [Sit] Second Chair for Settlement Conference (Dkt. #39) filed January 5, 2015. The court has considered the Motions.

Plaintiff is a prisoner proceeding pro se in this civil rights action. On January 5, 2015, the court rescheduled a settlement conference in this matter until January 27, 2015, on Defendant Romeo Aranas' Motion (Dkt. #38) based on the unavailability of video conferencing equipment on the date initially set.. Plaintiff's Motion for Assistance requests permission to allow another inmate, Mr. Johnny E. McManon, who is reportedly a certified paralegal/legal assistant with "several years of proper person litigation assistance," to represent Plaintiff at the settlement conference and protect Plaintiff's interests. Absent statutory authorization, pro se parties may not pursue claims on behalf of others in a representative capacity. *See Simon v. Hartford Life, Inc.,* 546 F.3d 661, 665 (9th Cir. 2008) (collecting cases). Mr. McManon is not a licensed attorney, and he may not represent Plaintiff at the settlement conference.

/ / /

/ / /

/ / /

1

Accordingly,

**IT IS ORDERED** that Plaintiff's Motion for Inmate Assistance (Dkt. #39) is DENIED.

Dated this 7th day of January, 2015.

PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE