1

2

3

4                          UNITED STATES DISTRICT COURT

5                              DISTRICT OF NEVADA

6                                      * * *

7    LANCE E. SPEAKE,                          Case No. 2:11-cv-01653-GMN-PAL

8                          Plaintiff,                   ORDER

9         v.                                   (Mot Stay Briefing – Dkt. #43)

     HIGH DESERT STATE PRISON, et al.,
10
                           Defendants.
11

12         Before the court is Defendant Romeo Aranas' Motion to Stay Dispositive Motion

13   Briefing (Dkt. #43) filed February 3, 2015.  The motion requests that the parties be allowed to

14   stay the dispositive motion deadline until a time after the settlement conference is conducted

15   which is currently scheduled for February 17, 2015.  For good cause shown,

16         **IT IS ORDERED** that the Motion to Stay Stay Dispositive Motion Briefing (Dkt. #43) is

17   **GRANTED**, and the parties shall have until **March 19, 2015,** in which to file dispositive

18   motions in the event the parties are unable to reach a settlement.

19         DATED this 5th day of February, 2015.

20

21                                             _____
                                               PEGGY A. LEEN
22                                             UNITED STATES MAGISTRATE JUDGE

23

24

25

26

27

28

                                               1